

# Fourth Court of Appeals
## San Antonio, Texas

June 11, 2019

No. 04-19-00261-CV

**IN THE MATTER OF A.C.**,
Appellant

From the 436th District Court, Bexar County, Texas
Trial Court No. 2018JUV01026
The Honorable Lisa Jarrett, Judge Presiding

# O R D E R

    The court reporter's request for additional time to file the reporter's record is granted. We ORDER the court reporter, Candy D. Zavala, to file the reporter's record by July 11, 2019.

_____
Luz Elena D. Chapa, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of June, 2019.

_____
Keith E. Hottle,
Clerk of Court